In the Matter of the Claim of MARGARET NOLAN, Respondent, against CRANFORD COMPANY et al., Appellants.

*Matter of Nolan* v. *Cranford Co.*, 17⁶ App. Div, 959, affirmed.
(Argued October 9, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 7, 1916, which affirmed an award of the state workmen's compensation commission for the death of one William Nolan. · The defendant Cranford Company, which was engaged in the general trucking business, hired horses, wagons and drivers from one Kane, who paid the drivers their wages. Nolan, one of the drivers so furnished, while driving a wagon under the direction and control of the Cranford Company, was accidentally killed. The question was as to whether the Cranford Company was the employer of Nolan at the time of the accident within the meaning of the Workmen's Compensation Law.

*George A. Blauvelt, Joseph A. Warren* and *Francis J. MacIntyre* for appellants.

*Egburt E. Woodbury, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.

---

In the Matter of the Claim of MILLIE DE FILIPPIS, against CHARLES FALKENBERG et al., Respondents.

STATE INDUSTRIAL COMMISSION, Appellant.

*Mater of De Filippis* v. *Falkenberg*, 170 App. Div. 153, affirmed.
(Argued October 10, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered